**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **Tenor Capital Partners, LLC,**<br>**Plaintiff,**<br><br>**v.**<br><br>**GunBroker.com, LLC**<br>**Defendant.** | Case No.: 1:20-cv-00613-TWT |

**Order Vacating Writ of Execution and July 6, 2022 Order**

Before the Court is GunBroker.com, LLC's Consent Motion to Vacate the Writ of Execution and Order Regarding Superseadas Bond. Based upon the Motion and good cause shown, the Consent Motion is hereby GRANTED.

It is hereby ORDERED that effective the date of this Order, the Writ of Execution issued pursuant to Tenor Capital Partners. LLC's Application [Dkt. # 204] is hereby vacated and any duty and obligation upon GunBroker.com, LLC to maintain a supersedeas bond pursuant to the terms of July 6, 2022 Order [Dkt. #211] is hereby terminated.

IT IS SO ORDERED this 6th day of July 2026.

Thomas W. Thrash

The Honorable Thomas W. Thrash, Jr.
U.S. District Court Judge